# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
: 
In re: : Chapter 15
 : 
PLATINUM PARTNERS VALUE : Case No. 16-12925 (SCC)
ARBITRAGE FUND L.P. (IN OFFICIAL : 
LIQUIDATION),[1] *et al.*, : (Jointly Administered)
 : 
Debtors in : 
Foreign Proceedings. : 
 : 
 : 
------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING RECOGNITION AND RELIEF
IN AID OF FOREIGN MAIN PROCEEDING PURSUANT TO
SECTIONS 1504, 1509, 1515, 1517, 1520, AND 1521 OF THE BANKRUPTCY CODE**

This Supplemental Order having been submitted on presentment, and no objection having been timely filed, and having reviewed the *Memorandum of Law in Support of Notice of Presentment of Supplemental Order Granting Recognition and Relief in Aid of Foreign Main Proceeding Pursuant to Sections 1504, 1509, 1515, 1517, 1520, and 1521 of the Bankruptcy Code* [Dkt. No. 141], and the entire record, after due deliberation and sufficient cause appearing therefor, it is hereby:

1. **ORDERED,** that Martin Nicholas John Trott and Christopher Smith ("**JOLs**"), the current and duly appointed joint official liquidators of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) (the "**Master Fund**"), in liquidation by way of the Financial Services Division of the Grand Court of the Cayman Islands (cause nos. FSD 131 of 2016 (AJJ) ("**Master

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) (1954); Platinum Partners Value Arbitrage Fund (International) Ltd. (in Official Liquidation) (2356); and Platinum Partners Value Arbitrage Intermediate Fund Ltd. (in Official Liquidation) (9530).

**Fund Liquidation**"), are granted all rights, authority, privileges and powers that were granted to Christopher Kennedy and Matthew Wright under this Court's *Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to Sections 1504, 1509, 1515, 1517, 1520, and 1521 of the Bankruptcy Code*, dated November 23, 2016 ("**Recognition Order**") [Doc. No. 27], *nunc pro tunc* as of September 29, 2017 and July 6, 2018, respectively; and it is further

2. **ORDERED**, for the avoidance of doubt, it is hereby clarified that, pursuant to this Court's Recognition Order, the JOLs were and are entrusted, pursuant to 11 U.S.C. §§ 1521(a)(5) and 1521(b), with the assets of the Master Fund for administration and distribution in the Master Fund Liquidation; and it is further

3. **ORDERED,** for the avoidance of doubt, that recognition of the Master Fund Liquidation as a foreign main proceeding pursuant to 11 U.S.C. § 1517 and all attendant rights and relief in the Recognition Order continues without interruption; and it is further

4. **ORDERED,** that nothing set forth herein shall affect the authority or validity of any actions taken by Martin Nicholas John Trott and Christopher Smith with respect to the Master Fund during the period for which they were the liquidators of such fund; and it is further

5. **ORDERED,** that this Court retains jurisdiction with respect to the enforcement, amendment or modification of this Order.

Dated: March 25, 2019
New York, New York

/S/ Shelley C. Chapman
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

#65704595_v1