# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCIPAL GROWTH STRATEGIES, LLC, a Delaware limited liability company; PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation), a Cayman Islands exempted limited partnership; and MARTIN TROTT & CHRISTOPHER SMITH, Joint Official Liquidators of Platinum Partners Value Arbitrage Fund L.P. (in official liquidation),<br><br>            Plaintiffs,<br>   v.<br><br>AGH PARENT LLC, a Delaware limited liability company; SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA, a Pennsylvania insurance company; FUZION ANALYTICS, Inc., a Delaware corporation; BANKERS CONSECO LIFE INSURANCE COMPANY, a New York insurance company; WASHINGTON NATIONAL INSURANCE COMPANY, an Indiana insurance company; CNO FINANCIAL GROUP, INC., a Delaware corporation; 40/86 ADVISORS, INC., a Delaware corporation; PRIVATE BANKERS LIFE ANNUITY LTC 2, a Delaware reinsurance trust, as successor in interest to BBIL ULICO 2014 Trust; WASHINGTON NATIONAL LTC 2, a Delaware reinsurance trust, as successor in interest to BRE WNIC 2013 LTC Primary; BHLN-AGERA CORP., a Delaware corporation; BOLN-AGERA CORP., a Delaware corporation; BBLN-AGERA CORP., a Delaware corporation; BEECHWOOD RE INVESTMENTS LLC, a Delaware limited liability company; KEVIN CASSIDY; STARFISH CAPITAL, INC., a New York corporation; and JOHN DOES 1-100,<br><br>            Defendants.<br>   v.<br><br>PLATINUM MANAGEMENT (NY) LLC, a Delaware limited liability company; MARK NORDLICHT, DAVID LEVY, MURRAY HUBERFELD, and DAVID BODNER,<br><br>            Nominal Defendants. | C.A. No. 19-01319-CFC |

## PLAINTIFFS' MOTION FOR REMAND TO DELAWARE COURT OF CHANCERY

Principal Growth Strategies, LLC, Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and Martin Trott and Christopher Smith, in their capacities as the duly appointed Joint Official Liquidators and foreign representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) (collectively, "Plaintiffs") hereby move this Court to enter an order, substantially in the form of the Proposed Order attached hereto as Exhibit A, remanding the above-captioned removed action to the Court of Chancery of the State of Delaware pursuant to 28 U.S.C. §§ 1334(c)(2) and 1452(b) for the reasons set forth more fully in the accompanying Memorandum of Law.

|  |  |
|---|---|
| | MORRIS JAMES LLP |
| | /s/ R. Eric Hacker |
| | Brett D. Fallon (#2480) |
| OF COUNSEL: | R. Eric Hacker (#6122) |
| | 500 Delaware Avenue, Suite 1500 |
| Warren E. Gluck | P.O. Box 2306 |
| Barbra R. Parlin | Wilmington, DE 19899-2306 |
| Richard A. Bixter, Jr. | 302-888-6800 |
| HOLLAND & KNIGHT LLP | |
| 31 West 52nd Street | *Attorneys for Plaintiffs* |
| New York, New York 10019 | |
| 212-513-3200 | |

DATED: August 15, 2019