# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCIPAL GROWTH STRATEGIES, LLC, a Delaware limited liability company; PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation), a Cayman Islands exempted limited partnership; and MARTIN TROTT & CHRISTOPHER SMITH, Joint Official Liquidators of Platinum Partners Value Arbitrage Fund L.P. (in official liquidation),<br><br>        Plaintiffs,<br>   v.<br><br>AGH PARENT LLC, a Delaware limited liability company; SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA, a Pennsylvania insurance company; FUZION ANALYTICS, Inc., a Delaware corporation; BANKERS CONSECO LIFE INSURANCE COMPANY, a New York insurance company; WASHINGTON NATIONAL INSURANCE COMPANY, an Indiana insurance company; CNO FINANCIAL GROUP, INC., a Delaware corporation; 40/86 ADVISORS, INC., a Delaware corporation; PRIVATE BANKERS LIFE ANNUITY LTC 2, a Delaware reinsurance trust, as successor in interest to BBIL ULICO 2014 Trust; WASHINGTON NATIONAL LTC 2, a Delaware reinsurance trust, as successor in interest to BRE WNIC 2013 LTC Primary; BHLN-AGERA CORP., a Delaware corporation; BOLN-AGERA CORP., a Delaware corporation; BBLN-AGERA CORP., a Delaware corporation; BEECHWOOD RE INVESTMENTS LLC, a Delaware limited liability company; KEVIN CASSIDY; STARFISH CAPITAL, INC., a New York corporation; and JOHN DOES 1-100,<br><br>        Defendants.<br>   v.<br><br>PLATINUM MANAGEMENT (NY) LLC, a Delaware limited liability company; MARK NORDLICHT, DAVID LEVY, MURRAY HUBERFELD, and DAVID BODNER,<br><br>        Nominal Defendants. | C.A. No. 19-01319-CFC |

## DECLARATION OF BRETT D. FALLON IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND TO DELAWARE COURT OF CHANCERY

I, Brett D. Fallon, herby certify as follows:

1. I am a partner of the law firm of Morris James LLP and serve as counsel for Principal Growth Strategies, LLC, Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and Martin Trott and Christopher Smith, in their capacities as the duly appointed Joint Official Liquidators and foreign representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) (collectively, "Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion for Remand to Delaware Court of Chancery, filed on August 15, 2019 (the "Motion"). I have personal knowledge of the facts set forth below.

2. I respectfully submit this declaration to place before the Court copies of documents referenced in the Motion.[1]

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Verified Complaint filed in the Court of Chancery for the State of Delaware, New Castle County on June 7, 2019.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Second Amended Complaint filed on March 29, 2019 in the action styled *Trott v. Platinum Management (NY) LLC, et al.*, Case No. 18-cv-10936 (the "PPVA SDNY Action") before the United States District Court for the Southern District of New York ("SDNY").

5. Attached hereto as **Exhibit C** is a true and correct copy of the order entered in the PPVA SDNY Action directing the SDNY Clerk to create a master docket styled *In re Platinum-Beechwood Litigation*, Case No. 18-cv-6658 (JSR) (the "Master Scheduling Docket") to

---

[1] All capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

consolidate the PPVA SDNY Action for discovery and scheduling purposes only with: (i) *Senior Health Insurance Company of Pennsylvania v. Beechwood Re Ltd. et al.*, Case No 18-cv-6658 (JSR) and (ii) *Cyganowski v. Beechwood Re Ltd. et al.*, Case No. 18-cv-12018 (JSR).

6. Attached hereto as **Exhibit D** is a true and correct copy of the Order entered in the PPVA SDNY Action dated March 15, 2019.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Opinion and Order entered in the PPVA SDNY Action dated June 21, 2019.

8. Attached hereto as **Exhibit F** is a true and correct copy of the SDNY's Order entered on the Master Scheduling Docket dated August 5, 2019 setting forth the updated consolidated schedule.

Dated: August 15, 2019

MORRIS JAMES LLP

*/s/ Brett D. Fallon*
Brett D. Fallon (#2480)
R. Eric Hacker (#6122)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
302-888-6800

OF COUNSEL:

Warren E. Gluck
Barbra R. Parlin
Richard A. Bixter, Jr.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
212-513-3200

*Attorneys for Plaintiffs*