# EXHIBIT F

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
In re PLATINUM-BEECHWOOD LITIGATION  :    18-cv-6658 (JSR)
------------------------------------ x
SENIOR HEALTH INSURANCE COMPANY OF   :
PENNSYLVANIA,                        :    18-cv-6658 (JSR)

          Plaintiff,                 :

          -v-                        :

BEECHWOOD RE LTD., et al.,           :

          Defendants.                :
------------------------------------ x
MARTIN TROTT, et al.,                :
                                     :    18-cv-10936 (JSR)
          Plaintiffs,                :

          -v-                        :

PLATINUM MANAGEMENT (NY) LLC, et     :
al.,                                 :

          Defendants.                :
------------------------------------ x
MELANIE L. CYGANOWSKI,               :
                                     :    18-cv-12018 (JSR)
          Plaintiff,                 :
                                          ORDER
          -v-                        :

BEECHWOOD RE LTD., et al.,           :

          Defendants.                :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/19

JED S. RAKOFF, U.S.D.J.

This will confirm in writing the orders orally issued by the Court during a joint telephone conference earlier today:

-1-

(1) All discovery of any kind whatsoever - including document production, requests to admit, interrogatories, fact depositions, expert disclosures, and expert depositions - must be completed by December 31, 2019. Absolutely no further extensions will be granted and no request for any further extension will be permitted.

(2) Any first request for production of documents by any party that has not already served such a request must be served by 6:00 PM on August 7, 2019. Any party failing to make such a first request will be precluded from making any later document requests.

(3) No deposition witness shall be deposed more than once regardless of how many parties notice the deposition of that witness.

Additionally, because of the foregoing extensions of all discovery, post-discovery summary judgment papers must now be filed on the following schedule: (a) moving papers on January 24, 2020; (b) answering papers on February 14, 2020; and (c) reply papers on February 21, 2020. A final pre-trial conference, as well as oral argument on any post-discovery summary judgment motions, shall be held at 4:00 PM on March 6, 2020.

SO ORDERED.

Dated:   New York, NY  
        August 5, 2019               JED S. RAKOFF, U.S.D.J.