IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCIPAL GROWTH STRATEGIES, LLC, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> AGH PARENT LLC, *et al* <br><br> Defendants. <br> v. <br><br> PLATINUM MANAGEMENT (NY) LLC, *et al* <br> Nominal Defendants. | Civil Action No. 19-CV-01319-CFC |

## ORDER

At Wilmington this sixth day of April in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Remand to Delaware Court of Chancery (D.I. 9) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE