OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| John A. Cerino, <br> CLERK | 844 NORTH KING STREET, UNIT 18 <br> WILMINGTON, DE <br> 19801-3570 <br> www.ded.uscourts.gov <br> (302) 573-6170 |

April 6, 2020

New Castle County Court of Chancery
Attn: Clerk
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

   RE: Principal Growth Strategies, LLC et al v. AGH Parent LLC, et al.,
      USDC/DE Civil Action No.: 19-1319-CFC

Dear Clerk:

  Pursuant to the Memorandum Opinion and Order of Remand signed by the Honorable Colm F. Connolly, transferring the above captioned case to your Court, enclosed please find the following items:

   ( X ) Certified copy of the Order of Remand
   ( X ) Certified copy of the USDC docket sheet

  Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

  Please acknowledge receipt of the above items on the attached copy of this letter.

          Sincerely,

          John A. Cerino, Clerk of Court

          By: /s/ N. Fasano
            Deputy Clerk

Enc.
**I hereby acknowledge receipt of the above listed items on _____.**

_____
**Signature**